GEORGE BUNDY SMITH, SR., Individually and on Behalf of TWENTY PLUS MEMBERS OF GRACE CONGREGATIONAL CHURCH OF HARLEM, INC./UNITED CHURCH OF CHRIST, Appellant, v UNITED CHURCH OF CHRIST et al., Respondents.

Submitted August 13, 2012; decided December 13, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 940 (2012)].

In the Matter of the Claim of DAVID WYCHE, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted October 15, 2012; decided December 13, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reconsideration and further relief, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.